## No. 733

### SCHLENKER, Admrx. v. INDUSTRIAL COMM.

On motion to certify. Dock. June 28, 1926; 4 Abs. 475.

**1283. WORKMAN'S COMPENSATION** — Is a school teacher on her way to the school house to perform her duties within the scope of her employment and thereby entitled to compensation for injurie sreceived?

Mattie Schlenker while in the employ of the city of Toledo and Board of Education and while proceeding to the school house to perform her duties fell and sustained a broken hip.

The Industrial Commission refused to allow her compensation and the appeal to the Common Pleas Court was dismissed because said appeal had not been filed within the 30 day period provided by statute. The ruling of the Common Pleas was affirmed by the Court of Appeals.

Schlenker in the Supreme Court contends:

1. That she has been deprived of her constitutional right to a right of trial by jury.

2. That error was committed in dismissing the appeal.

**Attorneys**—J. H. Boyd, Toledo, for Schlenker; C. C. Crabbe, R. R. Zurmehly, Columbus, F. E. Calkins, Toledo, for Commission.